**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.   15-13461 |
| Paul Clanfield | Judge    Janet S. Baer |
| Debtor | |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 11, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N. Michigan Ave, Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on December 11, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: CMSB.0065

**SERVICE LIST**

Paul Clanfield
620 Arlington Lane
South Elgin, IL 60177

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

James A. Young
85 Market Street
Elgin, IL 60123